U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 12 2013

TONY R. M.       RK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RANDY PIGG | CIVIL ACTION NO. 13-cv-0564 |
| VERSUS | JUDGE STAGG |
| GERTRUDE GAMBLE, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and the Memorandum Order filed herewith, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's remaining motions (Record Documents 24, 28 and 29) are **moot**. Plaintiff may pursue his remedies in a state court.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12th day of June, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE